United States Magistrate Judge J. Richard Creatura

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CONNIE L. ICENOGLE, | ) |
| Plaintiff, | ) CIVIL NO. C09-5672-FDB-JRC<br>)<br>) ORDER FOR EXTENSION OF |
| vs. | ) TIME TO FILE OPENING BRIEF<br>) |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | )<br>)<br>) |
| Defendant. | ) |

Based on Plaintiff's Stipulation and the agreement of the parties, it is hereby

ORDERED that Plaintiff's Opening` Brief shall be filed on or before March 31, 2010, Defendant's Answering Brief shall be filed on or before April 28, 2010, and Plaintiff's Reply Brief shall be filed on or before May 12, 2010. Oral argument, if desired, shall be requested by May 19, 2010.

DATED this 3rd day of March, 2010.

_____

J. Richard Creatura
United States Magistrate Judge

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S OPENING BRIEF-
[C09-5672-FDB-JRC] - 1