United States Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CONNIE L. ICENOGLE,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. C09-5672-RBL-JRC<br><br>ORDER GRANTING<br>EXTENSION OF TIME TO FILE<br>PLAINTIFF'S REPLY BRIEF |

  Based on Plaintiff's Stipulation and the agreement of the parties, it is hereby

  ORDERED that Plaintiff's Reply Brief shall be filed on or before June 16, 2010. Oral argument, if desired, shall be requested by June 23, 2010.

  DATED this 3rd day of June, 2010.

*/s/ J. Richard Creatura*

J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING EXTENSION OF TIME
TO FILE PLAINTIFF'S REPLY BRIEF – [09-5672 RBL] - 1