# United States District Court

WESTERN DISTRICT OF WASHINGTON

CONNIE L. ICENOGLE,

v.

JUDGMENT IN A CIVIL CASE

CASE NO. C09-5672RBL

MICHAEL J. ASTRUE,

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court adopts the Report and Recommendation; and

(2) The matter is therefore REMANDED to the administration for further consideration.

| October 15, 2010 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |

*s / Mary Trent*
Deputy Clerk